UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

Order Filed on August 5, 2016
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

Joyce E. Buchanan

Case No.: _____14-16424_____

Chapter: _____13_____

Hearing Date: _____

Judge: ___SLM_____

**AMENDED ORDER AUTHORIZING SALE OF PROPERTY FREE AND CLEAR OF JUDGMENT LIENS, APPOINTING PROFESSIONALS, ALLOWING LEGAL FEES AND BROKERS' COMMISSSION, AND PERMITTING PAYMENT OF DEBTORS' EXEMPTION**

The relief set forth on the following pages, numbered two (2) through _____3_____ is **ORDERED**.

**DATED: August 5, 2016**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

THIS MATTER came to the attention of the Court upon the motion of the Debtor for an Order Authorizing the Sale of certain Real Property Free and Clear of Judgment Liens, Appointing Professional, Allowing Legal Fees and Broker's Commission, and Permitting Payment of Debtors' Exemption.

It is ORDERED as follows:

1. Pursuant to 11 U.S.C. Sec. 363(b) and (f), et seq., the Debtor is authorized to sell the property located at 353-355 Verona Ave, Elizabeth, NJ 07208, to Jose A. romero & Jacqueline Jimenez Rojas under the contract signed April 28, 2016.

2. Pursuant to 11 U.S.C. Sec. 363(f), the sale of Property authorized above shall be free and clear of all judgment liens covering the Property at the time of sale

3. *The Debtor shall pay all valid security interests, specifically, the entire balance owed on the mortgage lien currently held by M&T Bank, to M&T Bank at the time of sale.*

4. Pursuant to 11 U.S.C. Sec 328(a) and 503(b)(1), Alexis Rodriguez and Julio Roman are appointed brokers and shall be allowed a brokers' commission in the amount of $14,400.00. The Debtor shall pay such commission in full at the closing of the sale from the proceeds.

5. Pursuant to 11 U.S.C. Sec. 328(a) and 503(b)(1) Richard F. Fried, Esq is appointed as closing counsel to the Debtor in connection with the sale of the property and shall be and hereby is allowed a counsel fee of $950.00. The proceeds shall be paid out of the gross sales proceeds at closing.

6. After payment of the items contained in Paragraphs 3 through 5, and after deduction of all ordinary costs and adjustments and any exemptions which the Debtor took in the property, Debtor shall deliver all net proceeds to the Standing Trustee, or shall deliver such smaller amount as is necessary to complete her obligation under her Chapter 13 Plan.

7. Upon the signing and receipt of this Order, Debtor's counsel will circulate the entered Order upon receipt to all interested parties and their attorney.

Dated: _____

                                                     J.S.C.