UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

Order Filed on August 5, 2016
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

   Joyce E. Buchanan

| | |
|---|---|
| Case No.: | 14-16424 |
| Chapter: | 13 |
| Hearing Date: | |
| Judge: | SLM |

### AMENDED ORDER AUTHORIZING SALE OF PROPERTY FREE AND CLEAR OF JUDGMENT LIENS, APPOINTING PROFESSIONALS, ALLOWING LEGAL FEES AND BROKERS' COMMISSSION, AND PERMITTING PAYMENT OF DEBTORS' EXEMPTION

The relief set forth on the following pages, numbered two (2) through __3__ is **ORDERED**.

**DATED: August 5, 2016**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

THIS MATTER came to the attention of the Court upon the motion of the Debtor for an Order Authorizing the Sale of certain Real Property Free and Clear of Judgment Liens, Appointing Professional, Allowing Legal Fees and Broker's Commission, and Permitting Payment of Debtors' Exemption.

It is ORDERED as follows:

1. Pursuant to 11 U.S.C. Sec. 363(b) and (f), et seq., the Debtor is authorized to sell the property located at 353-355 Verona Ave, Elizabeth, NJ 07208, to Jose A. romero & Jacqueline Jimenez Rojas under the contract signed April 28, 2016.

2. Pursuant to 11 U.S.C. Sec. 363(f), the sale of Property authorized above shall be free and clear of all judgment liens covering the Property at the time of sale

3. *The Debtor shall pay all valid security interests, specifically, the entire balance owed on the mortgage lien currently held by M&T Bank, to M&T Bank at the time of sale.*

4. Pursuant to 11 U.S.C. Sec 328(a) and 503(b)(1), Alexis Rodriguez and Julio Roman are appointed brokers and shall be allowed a brokers' commission in the amount of $14,400.00. The Debtor shall pay such commission in full at the closing of the sale from the proceeds.

5. Pursuant to 11 U.S.C. Sec. 328(a) and 503(b)(1) Richard F. Fried, Esq is appointed as closing counsel to the Debtor in connection with the sale of the property and shall be and hereby is allowed a counsel fee of $950.00. The proceeds shall be paid out of the gross sales proceeds at closing.

6. After payment of the items contained in Paragraphs 3 through 5, and after deduction of all ordinary costs and adjustments and any exemptions which the Debtor took in the property, Debtor shall deliver all net proceeds to the Standing Trustee, or shall deliver such smaller amount as is necessary to complete her obligation under her Chapter 13 Plan.

7. Upon the signing and receipt of this Order, Debtor's counsel will circulate the entered Order upon receipt to all interested parties and their attorney.

Dated: _____

                                                          J.S.C.

United States Bankruptcy Court
District of New Jersey

In re:  
Joyce E Buchanan  
    Debtor

Case No. 14-16424-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 08, 2016  
                   Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2016.  
db          +Joyce E Buchanan,    355 Verona Ave,    Elizabeth, NJ 07208-1438  
aty         +Richard F. Fried,    61 Pearl Street,    Metuchen, NJ 08840-1832

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2016 at the address(es) listed below:  
       Benjamin Jamie Ginter    on behalf of Debtor Joyce E Buchanan gintr316@aol.com  
       Brian E Caine    on behalf of Creditor    HUDSON CITY SAVINGS BANK, a federally chartered savings bank organized and existing under the laws of the State of Delaware bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
       Brian E Caine    on behalf of Creditor    HUDSON CITY SAVINGS BANK bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
       Brian E Caine    on behalf of Creditor    M&T Bank, et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
       Denise E. Carlon    on behalf of Creditor    Hudson City Savings Bank, a federally chartered savings bank organized and existing under the laws of the State of Delaware bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Michael E. Blaine    on behalf of Creditor    M&T BANK mblaine@schillerknapp.com, tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com  
                                                                                                                                                TOTAL: 7