Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−16424−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joyce E Buchanan
   355 Verona Ave
   Elizabeth, NJ 07208

Social Security No.:
   xxx−xx−0082

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

   You are hereby notified that the above−named case will be closed without entry of discharge on or after October 14, 2016 for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☒   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: September 14, 2016
JJW: dmc

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 14-16424-SLM
Joyce E Buchanan                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin         Page 1 of 1          Date Rcvd: Sep 14, 2016
                         Form ID: clsnodsc   Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2016.
db           #+Joyce E Buchanan,    355 Verona Ave,    Elizabeth, NJ 07208-1438
aty           +Richard F. Fried,    61 Pearl Street,    Metuchen, NJ 08840-1832

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 14 2016 23:22:28     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 14 2016 23:22:22     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ  07102-5235
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2016 at the address(es) listed below:
              Benjamin Jamie Ginter    on behalf of Debtor Joyce E Buchanan gintr316@aol.com
              Brian E Caine    on behalf of Creditor    M&T Bank, et al bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor    HUDSON CITY SAVINGS BANK, a federally chartered savings
               bank organized and existing under the laws of the State of Delaware bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Brian E Caine    on behalf of Creditor    HUDSON CITY SAVINGS BANK bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Hudson City Savings Bank, a federally chartered
               savings bank organized and existing under the laws of the State of Delaware
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Michael E. Blaine    on behalf of Creditor    M&T BANK mblaine@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
                                                                                              TOTAL: 7