| **Information to identify the case:** | |
|---|---|
| Debtor 1: **Joyce E Buchanan** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–0082** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing): <br> First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of New Jersey** | |
| Case number:  **14–16424–SLM** | |

# Order of Discharge                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joyce E Buchanan

9/21/16                                    **By the court:**    Stacey L. Meisel
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Joyce E Buchanan
     Debtor

Case No. 14-16424-SLM
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 21, 2016
                     Form ID: 3180W     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2016.
```
db                #+Joyce E Buchanan,    355 Verona Ave,    Elizabeth, NJ 07208-1438
aty               +Richard F. Fried,    61 Pearl Street,    Metuchen, NJ 08840-1832
r                 +Alexis Rodriguez,    67 Elmora Ave,    Elizabeth, NJ 07202-1632
r                 +Julio Roman,    650-652 Newark Ave,    Elizabeth, NJ 07208-3589
514684002         +Hudson City Savings,    W.80 Century Road,    Paramus, NJ 07652-1478
514684003         +Zucker, Goldberg And Ackerman,    200 Sheffield St, Suite 101,    Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg                E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2016 23:27:52     U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg               +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2016 23:27:47     United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
515957991         +E-mail/Text: camanagement@mtb.com Sep 21 2016 23:27:30     M&T Bank, et al,   c/o M&T Bank,
                   Mortgage Payment Processing,    One Fountain Plaza, 7th Floor,    Buffalo, NY 14203,
                   M&T Bank, et al 14203-1420
515957990         +E-mail/Text: camanagement@mtb.com Sep 21 2016 23:27:30     M&T Bank, et al,   c/o M&T Bank,
                   Mortgage Payment Processing,    One Fountain Plaza, 7th Floor,    Buffalo, NY 14203-1420
                                                                                              TOTAL: 4
```

          \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2016                                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2016 at the address(es) listed below:
```
          Benjamin Jamie Ginter    on behalf of Debtor Joyce E Buchanan gintr316@aol.com
          Brian E Caine    on behalf of Creditor    HUDSON CITY SAVINGS BANK, a federally chartered savings
           bank organized and existing under the laws of the State of Delaware bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Brian E Caine    on behalf of Creditor    HUDSON CITY SAVINGS BANK bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Brian E Caine    on behalf of Creditor    M&T Bank, et al bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Creditor    Hudson City Savings Bank, a federally chartered
           savings bank organized and existing under the laws of the State of Delaware
           bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michael E. Blaine    on behalf of Creditor    M&T BANK mblaine@schillerknapp.com,
           tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
                                                                                              TOTAL: 7
```